M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 JAN 18 A 9: 25

Demetrius Donye Petterson                    )
Full name and prison name of                  )
Plaintiff(s)                                  )
                                              )
                                              )
v.                                            )      CIVIL ACTION NO. 2:08-CV- 49-MHT
                                              )      (To be supplied by Clerk of U.S. District
PARKER                                        )      Court)
LARRY                                         )
CHUCK - SGt                                   )
MIKE MUG                                      )
ASHey COWARD                                  )
KEVIN                                         )
Name of person(s) who violated your          )
constitutional rights. (List the names       )
of all the person.)                          )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court dealing with the same or
            similar facts involved in this action? YES ☐  No ☑

      B.    Have you begun other lawsuits in state or federal court relating to your
            imprisonment?        YES ☐        NO ☑

      C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
            is more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff (s) _____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if state court, name the county)

                  _____

                  _____

SCANNED

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
_____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still
pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Rockford
County JAIL - Coosa county

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. PARKER | |
| 2. LARRY | |
| 3. CHUCK - SGt. | |
| 4. MIKE - MUG | |
| 5. ASHELY - COWARD | |
| 6. KEVIN | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED December 12-1-07
up tell now January 1-16-08

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I have Been asking for my abutorrole
INHAYLER - ashAMA, for 4 weeks and haven't
got One yet or no doctor Apointment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Have An (Newbelizer medercain Mecchane) And my medercain came up mission and when I told the workers who work here they told me In and Smart wey to tell your moma to Buy some more and It haven't Been nothing done about it yet It has Been 3-4 weeks

GROUND TWO: I have wrote out conplante forms and told everybody that work hear about it and they didn't do nothing about It

SUPPORTING FACTS: Inmates that are in hear that heard me tell them about my medercain

GROUND THREE: I Been asking the Staff working hear that do I have an apointment to go to the doctor or got an INHAYLER yet all they say Is you have to ask this person

SUPPORTING FACTS: you can ask eny body that I have Been conplagnians and asking every day about my medescain and nothing It's Been 3 to 4 weeks and nothing no appointment's no inhaylerr no medercain for my (NEW BELIZIER MERCAINE) Been tacken or gfiven away and still nothing Been done about It

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I Feel like I Should Be Compensated for Pain
and Suffering

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-16-08___.
(Date)

Signature of plaintiff(s)

Demetrius Patterson
P.O. Box 279
Rockford, AL 35136

COOSA COUNTY JAIL
INMATE MAIL

BIRMINGHAM AL 350
17 JAN 2008 PM 4 T

Office of the Clerk
UNITED States DiSTRicT CourT
P.o. Box 711
MonTGoMERY, ALABAMA 36101-0711