■ ..., and 3. Also complete
...ricted Delivery is desired.
... your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the b...

Rockford, AL 35136
P O Box 279
...OOSA COUNTY JAIL
...t Chuck
|ı|ı""ıı"ıı"ıı.ıl.ıı..ıl.ıı

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Phillis Thomas_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Sheila Thomas

...ery address different from item 1?  ☐ Yes
... enter delivery address below:  ☐ No

08 cv 49

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service labe    7007 2680 0003 1841 6230

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M