**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Mike Mug
COOSA COUNTY JAIL
P O Box 279
Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelia Thomas_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08CV49
CMP + PO

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0103 1841 6247

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540