**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Officer Parker
COOSA COUNTY JAIL
P O Box 279
Rockford, AL 35136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelia Thomas_ ☐ Agent ☐ Addressee

by (Printed Name): Shelia Thomas
C. Date of Delivery

address different from item 1? ☐ Yes
er delivery address below: ☐ No

08cv49
;cv 49
cmp + PO

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 5905

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540