■ SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

|..||..|.|....||..||..||....|.||

Officer Larry
COOSA COUNTY JAIL
P O Box 279
Rockford, AL 35136

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Shelia Thomas_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

8cv449
cmpt PO

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7007 2680 0003 1841 5899
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540