IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEMETRIUS DONYA PATTERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:08-cv-49-MHT-SRW |
| | ) |
| **KEVIN PARKER, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE SPECIAL REPORT AND ANSWER**

COME NOW, the Defendants in the above-styled cause, and move this Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1. On January 18, 2008, the Plaintiff filed this action against "Sgt. Chuck, Mike Mug, Ashley Coward, and Officers Parker, Kevin, and Larry."[1] (Doc. 1.)

2. On January 23, 2008, two days prior to service of any Defendant, the Court Ordered these Defendants to file a Special Report not later than March 3, 2008. (Doc. 4.)

3. Counsel for Defendant has only recently been able to discern the actual identities of these Defendants.

4. Counsel for the Defendants has not yet had the opportunity to meet with the Defendants and obtain any documentation pertaining to the allegations of the Plaintiff's Complaint, which is potentially relevant to this case.

---

[1] These Defendants have not been properly named in this action, and an employee at the Coosa County Jail mistakenly signed for the services of process, despite the Plaintiff's failure to properly name any Defendant. (Docs. 5-10.)

5. Counsel for the Defendants is in need of additional time to collect and fully review this documentation, which is potentially relevant to this case, in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

6. The Defendants have not previously requested an extension of time in this case.

7. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including April 12, 2008.

Respectfully submitted this 29th day of February, 2008.

                                                                 **s/Joseph L. Hubbard, Jr.**
                                                                 JOSEPH L. HUBBARD, JR. (HUB015)
                                                                 Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of February, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Demetrius Donya Patterson
c/o Coosa County Jail
Post Office Box 279
Rockford, Alabama 35136

                                                                **s/Joseph L. Hubbard, Jr.**
                                                                OF COUNSEL