IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DEMETRIUS DONYA PATTERSON | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-49-MHT |
| PARKER, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 11*) is GRANTED; and

2. Defendants are GRANTED an extension from March 3, 2008 to and including April 14, 2008 to file their answer and written report.

Done, this 3rd day of March 2008.

                                           /s/ Susan Russ Walker
                                           SUSAN RUSS WALKER
                                           UNITED STATES MAGISTRATE JUDGE