2:08-CV-49-MHT

RECEIVED

2008 MAR -6 A 10: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Demetrius Donya Patterson

I'm writeing you to let you know
that I'm no longer in the county Jail
of Rockford Al. I'm stetion on Depertment of
correction Kilby Montgomery. Alabama 36130-1501
Mt. Meigs Ala,


AIS: 252512
Bed 43-B M dorm

DEMETRIUS PATTERSON
P. O. Box 150; Mount Megs Al.
AIS: 252512                36057
34-B

MONTGOMERY AL 361

05 MAR 2008 PM 4 L

"LET US DARE TO
THINK, SPEAK AN
John Adams, 17—
power of the let



41 USA

"This correspondence is forwarded
from an Alabama State Prison. The contents
may not have been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

36101+0711

Office of the Clerk
United States District court
      P.O. Box 711
Montgomery, Alabama
                        36101-0711