IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

DEMETRIUS DONYA PATTERSON
_____,    )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )    CASE NO. 2:08-cv-49-MHT
                                             )             _____
KEVIN PARKER, et al.                         )
_____,    )
                                             )
        Defendants,                          )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Ashley Cowart_____, a **Defendant**     in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____              _____

_____              _____

_____              _____

3/13/2008
_____              _____
Date                                       (Signature)

                                           Joseph L. Hubbard, Jr.
                                           (Counsel's Name)

                                           Kevin Parker, Ashley Cowart, Larry Mancil, Mike Mull and Charles Jackson
                                           _____
                                           Counsel for (print names of all parties)
                                           Post Office Box 240909
                                           _____
                                           Montgomery, Alabama  36124
                                           _____
                                           Address, City, State Zip Code
                                           (334) 262-1850
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I,____Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by ____U.S. Mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this __13th___day of __March_____ 20_08_ to:

Demetrius Donya Patterson

c/o Kilby Correctional Facility

Post Office Box 150

Mt. Meigs, Alabama  36057

3/13/2008
_____                    _____
        Date                                          Signature