IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

DEMETRIUS DONYA PATTERSON )
_____, )
)
   Plaintiff, )
)
v. )   CASE NO. 2:08-cv-49-MHT
)
KEVIN PARKER, et al. )
_____, )
)
   Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Charles Jackson_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____              _____

_____              _____

_____              _____


3/13/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Kevin Parker, Ashley Cowart, Larry Mancil, Mike Mull and Charles Jackson
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __13th___ day of _March_____ 20_08_ to:

Demetrius Donya Patterson

c/o Kilby Correctional Facility

Post Office Box 150

Mt. Meigs, Alabama  36057

3/13/2008
Date

Signature