IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DEMETRIUS DONYA PATTERSON | * |
| Plaintiff, | * |
| v. | *    2:08-CV-49-MHT |
| PARKER, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 20*) is GRANTED; and

2. Defendants are GRANTED an extension from April 18, 2008 to and including May 27, 2008 to file their answer and written report.

Absent exceptional circumstances, **no** further requests for additional to time to file Defendants' answer and special report shall be entertained by the court.

Done, this 15th day of April 2008.

          /s/  Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE