IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEMETRIUS DONYA PATTERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:08-cv-49-MHT-SRW |
| | ) |
| **KEVIN PARKER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

COMES NOW Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

    s/Gary L. Willford, Jr.
    GARY L. WILLFORD, JR. Bar No. WIL198
    Attorneys for Defendants
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Drive (36117)
    Post Office Box 240909
    Montgomery, Alabama 36124
    Telephone: (334) 262-1850
    Fax: (334) 262-1889
    E-mail: gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Demetrius Donya Patterson, ASI # 252512
c/o Coosa County Jail
Post Office Box 279
Rockford, Alabama  35136

                                                 **s/Gary L. Willford, Jr.**
                                                 OF COUNSEL