IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS DONYA PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:08-cv-49-MHT-SRW |
| | ) |
| KEVIN PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation "Sgt. Chuck, Mike Mug, Ashley Coward, and Officers Parker, Kevin, and Larry,"[1] Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Gary L. Willford, Jr. of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for said Defendants contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendants.

Respectfully submitted this the 30th day of May, 2008.

                                                 **s/Joseph L. Hubbard, Jr.**
                                                 JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                                                 WEBB & ELEY, P.C.
                                                 Post Office Box 240909
                                                 Montgomery, Alabama 36124
                                                 Telephone: (334) 262-1850
                                                 Fax: (334) 262-1889
                                                 E-mail: jhubbard@webbeley.com

---

[1] These Defendants have not been properly named in this action, and an employee at the Coosa County Jail mistakenly signed for the services of process, despite the Plaintiff's failure to properly name any Defendant. (Docs. 5-10.)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Demetrius Donya Patterson, ASI # 252512
c/o Coosa County Jail
Post Office Box 279
Rockford, Alabama  35136

                                                      **s/Joseph L. Hubbard, Jr.**
                                                      OF COUNSEL