IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DEMETRIUS DONYA PATTERSON | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-49-MHT |
| PARKER, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Defendants' have filed a third request for additional time to file their answer and written report. In the court's last order granting Defendants' second request for additional time to file their answer and written report, Defendants were cautioned that "[a]bsent exceptional circumstances, **no** further requests for additional to time to file [an] answer and special report shall be entertained by the court." (*See Doc. No. 20.*) A review of Defendants' third request for additional time provides no indication of <u>exceptional</u> circumstances which warrants the granting of additional time for Defendants to respond to the directives contained in the court's January 23, 2008 order of procedure. Nonetheless, the court docket reflects that original counsel for Defendants has requested that he be allowed to withdraw from representation and new counsel has entered an appearance on behalf of the named defendants. In light of this circumstance, Defendants' third motion for extension of time shall be granted. ***However, <u>no</u> further extensions of time to file the answer and written***

*report shall be granted*.

Accordingly, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 22*) is GRANTED; and

2. Defendants are GRANTED an extension from May 27, 2008 to and including July 8, 2008 to file their answer and written report.

DONE, this 2nd day of June 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE