IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DEMETRIUS DONYA PATTERSON | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-49-MHT |
| PARKER, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendants has filed a motion to withdraw. Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for Defendants on May 30, 2008 (*see Doc. No. 23*), it is

ORDERED that the motion to withdraw (*Doc. No. 24*) be and is hereby GRANTED.

DONE, this 2nd day of June 2008.

           /s/  Susan Russ Walker
       SUSAN RUSS WALKER
       CHIEF UNITED STATES MAGISTRATE JUDGE