IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUL 31  A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEMETRIUS DONYA PATTERSON,            )

       Plaintiff,            )

Vs.            )            Civil Action No. 2:08-CV-49-MHT
                                  (WO)

                            )

PARKER, et al.,

       Defendants.            )

## MOTION TO DISMISS THE CASE WITHOUT PREJUDICE

COMES NOW the Plaintiff, Demetrius Donya Patterson, by and through himself in the above-styled cause, moves this Honorable Court to dismiss the above action without prejudice, and in support state the following:

1.  The Plaintiff asserts that at the time of filing this instant action, the Plaintiff was held in custody and care of the Rockford County Jail in Rockford, Alabama annexed in Coosa County.  The Plaintiff sought medical treatment and was refused medical attention and treatment where he complained of severe pain, and needed to be examined by a doctor or medical personnel; and was denied the same.

2.  The Plaintiff asserts that a concerned inmate located in the cell with him suggested that he take civil action against and towards the neglect or refusal of medical treatment by filing a complaint before this Court.  The inmate further stated that when the action is filed, he shall receive immediate medical attention

and treatment, and shall no longer suffer further pain. The Plaintiff believed the inmate and only desired to be seen by medical personnel to determine his medical conditions and treatment for the same. thus. the inmate acquired a Title 42 U.S.C. §1983 form via correspondence; and assisted the Plaintiff in drafting the instant complaint before this Court.

3.  The Plaintiff is currently in the custody and care of the Alabama Department of Corrections wherein he has received adequate and sufficient medical attention and treatment in which no longer suffers from pain.   The said department was provided a thorough examination and provided medication treatment that has dramatically decreased pain.

4.  The Plaintiff is functionally illiterate and is not trained the laws, procedures. and customs nor fully aware of jurisprudence.   The Plaintiff only desired medical treatment at the time held in custody and care at the Rockford County Jail and did not know what procedures to follow or demand such treatment. The Plaintiff is a first time offender and is unaware of policies and procedures to pursue nor is he aware of the rights afforded to him by the State and Federal Constitutions.   The Plaintiff at the time believed the inmate who prepared the said complaint and was influenced in his persuasion. experience. and the fact that the Plaintiff greatly desired medical attention.

5.  The Plaintiff does not desire to pursue this action wherein he firmly believes that such suit shall not prevail upon the premises that he has since been provided medical attention and treatment.   Also. the fact that he is unfamiliar with the

procedures and points of law and has no means to acquire any monetary value to pay and obtain others to assist him in pursuing this instant action.

**WHEREFORE,** premises considered, the Plaintiff prays that this Honorable Court shall consider the same and issue an Order to dismiss this case without prejudice and grant the same.

Done this the _25_ day of ___July___, 2008.

Respectfully Submitted,

_Demetrius D. Patterson_

Demetrius D. Patterson, pro se
A.I.S. No. 252512
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable Joseph L. Hubbard, Jr., at 7475 Halcyon Pointe Drive, Montgomery, Alabama 36124, by placing the same in the U.S. Mail, First Class, postage prepaid and correctly addressed on this the _25_ day of ___July___. 2008.

_Demetrius D. Patterson_

Demetrius D. Patterson, pro se

Demetrius Donya Patterson #252512
Limestone C.F. L-77-10Cell
28779 Nick Davis Road
Harvest, ALa. 35749-7009



HUNTSVILLE / HVS
AL 358 1 L
29 JUL 2008   PM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL. 36101-0711

36101+0711