IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS DONYA PATTERSON ) | |
| # 252512, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv49-MHT |
| ) | (WO) |
| PARKER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 7, 2008 (Doc. # 31), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 31) is adopted and that:

1. Plaintiff's motion to dismiss (Doc. # 30) is GRANTED.

2. This case is dismissed without prejudice.

3. No costs are taxed herein.

DONE, this the 26th day of August , 2008.

                                                      /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE